IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARONTA T. LEWIS,

      Plaintiff,                   No. CIV S-10-2209 EFB P

     vs.

BRADFORD, et al.,

      Defendants.          ORDER
_____/

     Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

     On October 8, 2010, the court found that plaintiff's *in forma pauperis* application failed to include the certified copy of his trust account statement required by 28 U.S.C. § 1915(a)(2) . The court ordered plaintiff to submit the certified trust statement and warned him that failure to do so could result in dismissal.

////

////

////

1

1    The 30-day period has expired and plaintiff has not submitted the required trust account statement or otherwise responded to the court's order.[1]

It therefore is ORDERED that this action is dismissed without prejudice.

Dated: October 26, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.